UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 07-21834-CIV-JORDAN/MCALILEY

THE PBSJ CORPORATION,
a Florida corporation,

    Plaintiff,

v.

WACHOVIA BANK, NATIONAL
ASSOCIATION, a National Chartered Bank,

    Defendant.
_____/

**ORDER ON WACHOVIA BANK, N.A.'S *ORE TENUS* MOTION FOR CONTEMPT AGAINST McKEAN, PAUL, CHRYCY & FLETCHER, P.A. AND PLAINTIFF'S *ORE TENUS* MOTION FOR PROTECTIVE ORDER AS TO DEFENDANT'S SUBPOENA TO KROLL ONTRACK, INC.**

The parties appeared before the Court for a discovery conference on May 28, 2008, to address Defendant's *ore tenus* Motion for Contempt against McKean, Paul Chrycy & Fletcher P.A. and Plaintiff's *ore tenus* Motion for Protective Order as to Defendant's Subpoena to Kroll Ontrack, Inc.  At the discovery conference, the Court considered the record, as well as the arguments of counsel, and entered oral rulings on the motions, which are reduced to writing in this Order.[1]  For the reasons stated at the conference, which are incorporated in this Order, the Court **ORDERS** that

---

[1] At the May 28 discovery conference, the Court asked to parties to prepare a proposed order setting forth its rulings.  The Court received the proposed order from the parties on June 3, 2008.  The Court trusts that, immediately after the discovery conference, Plaintiffs' counsel communicated this Court's oral rulings to the third parties affected by this Order.

1. **On or before Friday, June 6, 2008**, the officer from McKean, Paul Chrycy & Fletcher P.A. ("McKean") with the most knowledge relative to McKean's dealings with The PBS Corporation ("PBS") will provide to Defendant's counsel an affidavit (the "McKean Affidavit") itemizing and categorizing the documents McKean received, collected, and generated in connection with the services McKean provided for PBS.

   a. The McKean Affidavit shall identify which documents enumerated pursuant to paragraph 1 of this Order have been produced to any third-parties and to which third-parties those documents were produced.

   b. The McKean Affidavit shall identify which documents McKean has produced to Wachovia Bank, N.A. pursuant to the subpoena served upon it in this matter.

   c. **On or before Friday, June 6, 2008**, McKean shall deliver to Defendant's counsel any documents it has produced to any third-parties which have not been produced to Wachovia Bank, N.A.

2. **On or before Friday, June 6, 2008**, the officer from Kroll Ontrack, Inc. ("Kroll") with the most knowledge relative to Kroll's dealings with PBS shall serve upon Defendant's counsel an affidavit (the "Kroll Affidavit") itemizing and categorizing the documents it received, collected, and generated in connection with the services it provided for PBS.

   a. The Kroll Affidavit shall identify which documents enumerated pursuant to paragraph 2 of this Order have been produced to any third-parties and to which third-parties those documents were produced.

   b. The Kroll Affidavit shall identify which documents Kroll has produced to Wachovia

Bank, N.A. pursuant to the subpoena served upon it in this matter.

c. **On or before Friday, June 6, 2008**, Kroll shall deliver to Wachovia Bank, N.A. any documents it has produced to any third-parties which have not been produced to Wachovia Bank, N.A.

3. Plaintiffs' counsel is responsible for communicating with McKean and Kroll the requirements of this Order.

DONE AND ORDERED in chambers, in Miami-Dade County, Florida, on this 5th day of June, 2008.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc:
The Honorable Adalberto Jordan
Counsel of record

McKean, Paul Chrycy & Fletcher P.A.
c/o its Registered Agent, Larry Fletcher
6401 SW 87th Avenue
Miami, Florida 33173

Kroll Ontrack, Inc.
c/o Registered Agent
CT Corporation System
1200 S. Pine Island Road
Plantation, FL 33324