UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21834-CIV-JORDAN/MCALILEY

THE PBSJ CORPORATION, a
Florida corporation,

       Plaintiff,

v.

WACHOVIA BANK NATIONAL
ASSOCIATION, a National Chartered Bank,

       Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO COMPEL ANSWERS TO INTERROGATORIES NO. 6 AND NO. 11

Pending before the Court is Plaintiff's Unopposed Motion to Compel Answers to Interrogatories No. 6 and No. 11. [DE 60]. Plaintiff served Defendant with its First Set of Interrogatories on January 28, 2008. Defendant, in its response, objected to Interrogatories No. 6 and No. 11 on the ground that the documents sought are confidential under Florida Statute section 655.059 and may only be produced pursuant to an order compelling production. Defendant raised other objections as well. In the Motion, Plaintiff represents that, notwithstanding these other objections, "Defendant has agreed to provide complete Answers to Interrogatories No. 6 and No. 11" if the Court enters an order compelling Defendant to permit production. [DE 60, p. 3].

Based on the foregoing, the Court **ORDERS** that

Plaintiff's Unopposed Motion to Compel Answers to Interrogatories No. 6 and No. 11 [DE 60] is **GRANTED**. Defendant shall provide complete response to Interrogatories No. 6 and No. 11 **no later than June 23, 2008.**

DONE and ORDERED in chambers in Miami, Florida on the 5th of June, 2008.

CHRIS McALILEY
UNITED STATES. MAGISTRATE JUDGE

The Honorable Adalberto Jordan
Counsel of record