UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21834-CIV-JORDAN

| | |
|---|---|
| THE PBSJ CORPORATION, | ) |
| Plaintiff, | ) |
| vs. | ) |
| WACHOVIA BANK, N.A., | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

On December 17, 2008, summary judgment was granted in favor of defendant Wachovia Bank, N.A., and against plaintiff PBSJ corporation.

Pursuant to Federal Rules of Civil Procedure 54 and 58, final judgment is entered in favor of Wachovia Bank and against PBSJ. PBSJ shall take nothing by this cause. Appropriate costs, if any, will be taxed by separate motion and order.

Any pending motions are DENIED AS MOOT, and this case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 17th day of December, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:     All counsel of record